

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-13-00111-CR

CHRISTIE LYNN DARLIN, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 354th District Court
Hunt County, Texas
Trial Court No. 28537

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

## MEMORANDUM OPINION

Christie Lynn Darlin, appellant, has filed with this Court a motion to dismiss her appeals. The motion was signed by both Darlin and her counsel in compliance with Rule 42.2(a) of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.2(a). As authorized by Rule 42.2(a), we grant the motion. *See* TEX. R. APP. P. 42.2(a).

Accordingly, we dismiss the appeal.


Josh R. Morriss, III
Chief Justice


Date Submitted:     July 10, 2013
Date Decided:       July 11, 2013

Do Not Publish